1  **HOGAN LOVELLS US LLP**
   TRENTON H. NORRIS (Bar No. 164781)
2  VASSI ILIADIS (Bar No. 296382)
   4 Embarcadero Center, Suite 3500
3  San Francisco, California 94111
   Telephone:   (415) 374-2300
4  Facsimile:    (415) 374-2499
   trent.norris@hoganlovells.com
5  vassi.iliadis@hoganlovells.com

6  *Attorneys for Defendant*
   i-HEALTH, INC.
7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11  ETHEL WARREN and CHRISTIAN CAMPOS, individually and on behalf of all others similarly situated,

     Case No.: 2:23-cv-01926-KJM-AC

     Action Filed: September 7, 2023

12
                                                 **JOINT STIPULATION TO SET BRIEFING SCHEDULE**
13              Plaintiffs,

14        v.

15  I-HEALTH, INC.,                              **ORDER**

16              Defendant.

**ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that:

    i.    Defendant shall file its motion to dismiss, or similar pleading, to plaintiffs' Complaint on or before November 15, 2023;

    ii.    Plaintiffs shall file their opposition to the motion to dismiss on or before December 20, 2023;

    iii.    Defendant shall file its reply in support of the motion to dismiss on or before January 12, 2024;

    iv.    The hearing date for defendant's motion to dismiss, or similar pleading, shall take place on **January 26, 2024, at 10:00 a.m.** before the undersigned.

    v.    On the court's own motion, the initial scheduling conference set for February 8, 2024, at 2:30 p.m. is **VACATED** and **ADVANCED to January 26, 2024, at 10:00 a.m**. with the filing of a joint status report due fourteen (14) days before.

**IT IS SO ORDERED.**

DATED: November 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE