

United States District Court
Eastern District of California

| Warren, et al |
|---|
Plaintiff(s)

Case Number: 2:23-cv-01926-KJM-AC

V.

| I-Health, Inc. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, J. Hunter Bryson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs Christian Campos and Ethel Warren

On 08/26/2016 (date), I was admitted to practice and presently in good standing in the State of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Henenfent v. LG Electronics USA, Inc., No. 1:23-cv-00354-NODJ-SAB, 9/27/2023, granted

Date: 01/11/2024    Signature of Applicant: /s/ J. Hunter Bryson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | J. Hunter Bryson |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 405 E. 50th Street |
| City: | New York    State: NY    Zip: 10022 |
| Phone Number w/Area Code: | (919) 539-2708 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | hbryson@milberg.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Trenton R. Kashima |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 402 W. Broadway |
| | Suite 1760 |
| City: | San Diego    State: CA    Zip: 92101 |
| Phone Number w/Area Code: | (619) 810-7047    Bar #: 291405 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 12, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 26, 2016, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## John Hunter Bryson

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this November 7, 2023.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina