**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
VASSI ILIADIS (Bar No. 296382)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:     (415) 374-2300
Facsimile:     (415) 374-2499
trent.norris@hoganlovells.com
vassi.iliadis@hoganlovells.com

*Attorneys for Defendant*
i-HEALTH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL WARREN and CHRISTIAN CAMPOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>I-HEALTH, INC.,<br><br>Defendant. | Case No.: 2:23-cv-01926-KJM-AC<br><br>Action Filed: September 7, 2023<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE** |

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that the Pretrial Scheduling Conference be continued to April 11, 2024, at 2:30 PM before Chief Judge Kimberly J. Mueller, with the filing of an Updated Joint Status Report due fourteen (14) days prior. The April Hearing will proceed by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.

    **IT IS SO ORDERED.**

DATED: February 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE